No. 05–8769.  WOODARD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8770.  AIKENS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8773.  RODRIGUEZ-TORRES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8776.  MAYS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8777.  TAPIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8782.  SANCHEZ-GARCIA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8786.  BAILEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8787.  ALLEN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8788.  ACOSTA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–8789.  LOVE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8790.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8792.  BOULE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8797.  RAGSDALE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8806.  CONTRERAS-AREVALO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8816.  WEBB *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8818.  BRIKA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.